

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2015

No. 04-14-00774-CV

Ray **BASALDUA**,
Appellant

v.

George **FARINACCI**, Ladona Farinacci and Li Lou Skelton,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05926
Honorable Larry Noll, Judge Presiding

## ORDER

The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to April 20, 2015.

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

**PER CURIAM**

cc:
Frank Carroll III
2800 Post Oak Blvd., 57th Floor
Houston, TX 77056

Amy M. Vanhoose
Roberts Markel Weinberg P.C.
2800 Post Oak Blvd., 57th Floor
Houston, TX 77056

Ray A. Basaldua
P.O. Box 1982
Lytle, TX 78052